[No. 6172–4–II.   Division Two.   July 2, 1984.]

THE STATE OF WASHINGTON, *Respondent,* v. ROBIN
LEIGH SUTHERLAND, *Appellant.*

Appeal from a judgment of the Superior Court for Jefferson County, No. J–1154, W. C. Henry, J. Pro Tem., entered February 8, 1982. *Affirmed* by unpublished opinion per Petrich, C.J., concurred in by Reed and Worswick, JJ.

[No. 12808–6–I.   Division One.   July 2, 1984.]

THE STATE OF WASHINGTON, *Respondent,* v. NOLAND
RAY HENDERSON, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 82–1–02402–0, William C. Goodloe, J., entered February 1, 1983. *Affirmed* by unpublished opinion per Andersen, J., concurred in by Durham, C.J., Scholfield, J., dissenting.

[No. 11285–6–I.   Division One.   July 2, 1984.]

AMERICAN CONTINENTAL INSURANCE COMPANY, ET AL,
*Respondents,* v. NORMAN R. DESTREMPS, JR.,
ET AL, *Defendants,* DAVID T. PRITCHARD,
ET AL, *Appellants.*

Appeal from a judgment of the Superior Court for Snohomish County, No. 79–2–04167–8, Thomas G. McCrea, J., entered January 7, 1982. *Affirmed* by unpublished per curiam opinion.